510

433 A.2d 121

Primiano, Jr., Appellant, v. San Felice, Jr., et al.

Argued December 1, 1980. Joseph R. Siegert, for appellant; Bennett Block, for appellees.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the lower court opinion.

433 A.2d 121

Reynolds et ux. v. Apex Financial Corp.

Appeal of Amy Reynolds.

Submitted March 21, 1980. Phillip H. Williams, for appellant; Richard F. Stern, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., filed a memorandum concurring statement.